# UNITED STATES DISTRICT COURT
## District of Minnesota

Agape Home Care Services, LLC,

Plaintiff,

v.

Minnesota Department of Human Services,
John Connolly,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-3190 JMB/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Amended Complaint attached as Exhibit A to the Stipulation is deemed filed and served as of the date of this Order and shall be the operative pleading, superseding the prior complaint.

2. Pursuant to the Parties' Stipulation and 28 U.S.C. § 1447(c), this Action is remanded to Ramsey County District Court, Second Judicial District, State of Minnesota, in Ramsey County Court File No. 62-CV-26-4738.

3. Except for the federal procedural due process claim withdrawn with prejudice, this Order does not adjudicate the merits of the remaining Minnesota law claims or any defenses, objections, or arguments concerning those claims, all of which are preserved following remand.

4. Each Party shall bear its own attorney fees, costs, and disbursements incurred in connection with removal, amendment, remand, and the Stipulation.

5. The Clerk of Court is directed to effectuate the remand and transmit a certified copy of this Order to the Clerk of the Ramsey County District Court.

Date: 9/4/2026

KATE M. FOGARTY, CLERK